■ MICHAEL SIRKUS, Respondent, v FREDERICK MINTZ et al., Appellants. [624 NYS2d 818] —Order, Supreme Court, New York County (Stephen G. Crane, J.), entered on or about October 21, 1993, unanimously affirmed for the reasons stated by Crane, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Wallach, Kupferman and Mazzarelli, JJ.

■ PEOPLE v GEORGE HENDRICKS. [624 NYS2d 819] —Appeal abated and matter remanded to Supreme Court, Bronx County, for dismissal of the indictment. *(see, People v Matteson,* 75 NY2d 745; *People v Mintz,* 20 NY2d 753, 770.) Concur —Rosenberger, J. P., Wallach, Kupferman, Asch and Tom, JJ.